# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1681
_____

Eunice Deborah Maling,

    Appellant,

v.

Linh King,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

October 29, 2025

Per Curiam.

    Affirmed.

Lewis, Winokur, and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellant.

Jason Cromey of Cromey Law, P.A., Pensacola, for Appellee.